IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**
for the use and benefit of
**THE SHERWIN WILLIAMS
CORPORATION,** an Ohio
corporation,

    Plaintiff,

vs.     4:07-CV-050-SPM

**SOUTHEASTERN COMMERCIAL
FINISHING, INC.,** a Florida
corporation; **JOSHUA A.
NICKELSON, CAL, INC.,** a
California corporation; and
**UNITED STATES FIDELITY
AND GUARANTY COMPANY,**

    Defendants.
_____/

**ORDER TRANSFERRING CASE TO MIDDLE DISTRICT OF FLORIDA**

**THIS CAUSE** comes before the Court upon the "Parties' Joint Motion for Entry of Agreed Order Transferring the Venue of This Action to the Middle District of Florida" (doc. 16) filed May 17, 2007, in which transfer is requested to the Middle District of Florida because all parties either reside in or do business in Columbia County.

Pursuant to 28 U.S.C. § 1391(b), 40 U.S.C. § 3133(b)(3), and 28 U.S.C. §

1404(a), it is

**ORDERED AND ADJUDGED** as follows:

1. The motion to transfer venue (doc. 16) is hereby *granted*.

2. The clerk is directed to immediately take all steps necessary to effectuate transfer of this case to the Middle District of Florida.

3. The motion to dismiss (doc. 13) is denied as moot.

**DONE AND ORDERED** this <u>twenty-fourth</u> day of May, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge